**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GO LAB, INC., *et al.*,[1] | ) Case No. 25- 10557 (KBO) |
| Debtors. | ) (Jointly Administered) |

**Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the
Debtors' Schedules and Statements**

The above-captioned debtors and debtors in possession (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), have filed their Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>SOFAs</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Debtors, with the assistance of their advisors, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

Susan Woods has signed the Schedules and SOFAs as the Debtors' interim Chief Financial Officer. In reviewing and signing the Schedules and SOFAs, Ms. Woods has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Ms. Woods has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtors are contemporaneously filing these *Global Notes, Reservations of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and SOFAs* (the "<u>Global Notes</u>") as a supplement to and integral part of their Schedules and SOFAs. These are incorporated by reference into each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

The Debtors' Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of the Debtors. The Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFAs reflect the Debtors' reasonably best efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an

---

[1] The Debtors in these Chapter 11 Cases are the following entities (the last four digits of each Debtor's respective federal tax identification number, if any, follow in parentheses): GO Lab, Inc. (0447) and GO Lab Madison, LLC (6162). The Debtors' corporate headquarters are located at 1 Main Street, PO Box 119, Madison, ME 04950.

admission that the Debtors were solvent at the Petition Date (as defined herein) or at any time prior to the Petition Date.  Likewise, to the extent that the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.

In preparing the Schedules and SOFAs, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFAs.  As a result, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and SOFAs as is necessary or appropriate.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant applicable laws to recover assets or avoid transfers.

**Reservation of Rights**

In particular, the Debtors note that the listing of a claim or a contract with the Debtors does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim or dispute such claim or contract as attributable to the Debtors.  The Debtors reserve the right to remove any contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing.  Additionally, the Debtors reserve the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied.  The Debtors reserve the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFAs or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F part 1 as "unsecured priority" or (iii) on Schedule E/F part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' rights to recharacterize, reclassify, recategorize, or redesignate such claim.  Further, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease, and is not a waiver of the Debtors' right to recharacterize, reclassify, or dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and SOFAs, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors may also possess contingent and unliquidated claims against affiliated entities for

various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, and (v) indemnities.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither the Global Notes nor the Schedules nor the SOFAs shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all known and estimated amounts included in the Schedules and SOFAs.  To the extent that there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.  Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtors' liabilities.

**Recharacterization**

Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time as is necessary or appropriate.

**Liabilities**

The Debtors have allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve all rights to modify, amend or supplement the Schedules and SOFAs as is necessary or appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as goodwill and certain other intangible assets, accrued but unbilled accounts payable, and certain assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Currency**

Unless otherwise indicated, all amounts listed are in U.S. dollars. Any applicable non-U.S. currencies have been converted to U.S. dollars.

**Fair Market Value; Book Value**

The Schedules and SOFAs reflect net book values for assets as of the Petition Date as reflected in the Debtors' books and records, except with respect to the value of collateral in Schedule D, which utilizes appraised values of such collateral. Amounts ultimately realized may vary from net book value, and such variance may be material. Except as may be otherwise stated herein, the asset amounts listed do not include certain material write-downs that may be necessary. Cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values or because the value of such assets are subject to material contingencies as of the Petition Date.

**Receivables**

All receivables are estimates and subject to change and risk of collection. Accounts receivable do not include intercompany receivables.

**Leases**

Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

The Debtors lease certain equipment under various operating lease agreements. These equipment and facilities leases are or will be reported on Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F part 2 of each Debtor.

**Estimates**

To prepare and file the Schedules in accordance with the deadline established in these Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date.  The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Fiscal Year**

The Debtors' fiscal years end on December 31.

**Claims of Third-Party Related Entities**

Although the Debtors have made reasonable efforts to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors have classified claims of a creditor as disputed, unliquidated, and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated, and/or contingent, whether or not they are designated as such.

**Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount**

The Bankruptcy Court has authorized the Debtors to pay certain pre-Petition Date claims, as set forth in the "first day" orders entered in these cases.  Thus, Schedule E/F part 2 generally does not include prepetition liabilities that have been paid after the Petition Date.  Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for certain payments made after the Petition Date pursuant to the authority granted to the Debtors by the Bankruptcy Court.  However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code, or orders of the Bankruptcy Court.

**Setoffs**

The Debtors occasionally incur setoffs from third parties during the ordinary course of business.  Setoffs in the ordinary course can result from various routine transactions, including counterparty settlements, pricing discrepancies, and other disputes between the Debtors and third parties.  Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry.  In such instances, such ordinary course setoffs are excluded from the Debtors' responses to Question 6 of the SOFAs.  The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Intellectual Property Rights**

The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Global Notes Control**

All of the Debtors' Schedules and SOFAs are subject to and qualified by the Global Notes. In the event that the Schedules and SOFAs differ from the Global Notes, ***the Global Notes shall control***.

<u>**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES**</u>

**Schedule A/ B, Part 2 – Deposits and Prepayments**

The Debtors' characterization of an asset listed in these schedules is not a legal characterization of either a deposit or a prepayment. The Debtors reserve all of their rights to re-categorize and/or recharacterize such assets at a later time as appropriate.

**Schedule A/B - Personal Property**

The Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and SOFAs, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G, subject to these Global Notes.

The equipment listed in Schedule A/B is provided without determination as to whether it is in fact a fixture and thus real estate.

**Schedule D - Creditors Holding Secured Claims**

Real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

The creditors listed on Schedule D have different relative priorities with respect to different items of collateral, making it impractical to describe the relative priorities in Schedule D. The priorities of each creditor are addressed in the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of GO Lab, Inc. and GO Lab Madison, LLC* [D.I. 97-1].

**Schedule E / F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

Claims listed on the Debtors' Schedules E / F include claims owed to various taxing authorities. However, the Debtors may be unable to determine with certainty the amounts of certain of the taxing authority claims. Therefore, the Debtors have generally listed such claims as undetermined in amount, pending final resolution of ongoing audits or disputes.

The unsecured non-priority claims of individual creditors for among other things, products, goods or services are listed as either the amounts invoiced by the creditor or the estimated amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The claims listed on Schedule E / F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E /F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list respective dates for the claims listed on Schedule E / F.

## Schedule G - Unexpired Leases and Executory Contracts

The leases listed on Schedule G, and any other contracts that may be added, may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized, and/or may be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G.

The Debtors have disclosed the term remaining on the contracts or leases in Schedule G unless the agreement is month-to-month or of perpetual duration, in which cases the Debtors left the term remaining blank.

To the extent that the Court determines that a particular contract is executory, the Debtors will amend Schedule G to add that contract.

## Schedule H – Codebtors

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs

## SOFAs Item 4 – Insider Payments

Except as may be otherwise indicated in the Schedules and SOFAs, the Debtors have included payments made during the one-year period preceding the Petition Date to persons deemed "insiders," as that term is defined in section 101(31) of the Bankruptcy Code.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

**SOFAs Item 7 – Litigation**

Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and SOFAs. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

**SOFAs Item 26 – Books Records and Financial Statements**

From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, debtholders and their legal and financial advisors. Additionally, certain financial statements may have been provided to other parties as requested.

**SOFAs Item 32 – Pension Fund**

The Debtors are not responsible for contributing to a pension plan. However, the Debtors maintain GO Lab Inc. 401k Profit Sharing Plan & Trust for the benefit of their employees.

**General Disclaimer**

The Debtors have prepared the Schedules and SOFAs based on the information contained in the Debtors' books and records. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent that additional information becomes available, the Debtors will amend and supplement the Schedules and/or SOFAs.

| Fill in this information to identify the case: |
|---|
| Debtor name  GO Lab Madison, LLC |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  25-10558 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | KeyBank | Operating | 2233 | $0.00 |
| 3.2. | KeyBank | Sweep | 2233 | $119,005.81 |
| 3.3. | Mascoma - MCD Fee Reserve | RTA | 8577 | $589,127.00 |
| 3.4. | Mascoma - MCD Interest Reserve | RTA | 8577 | $0.00 |
| 3.5. | Eastern Bank - MHIC Fee Reserve | RTA | 0786 | $210,578.00 |
| 3.6. | Eastern Bank - MHIC Interest Reserve | RTA | 0786 | $0.00 |

Debtor   GO Lab Madison, LLC
         Name                                    Case number *(If known)*  25-10558

| 3.7. | CitiBank - IMMA | RTA | 5954 | $404.00 |
| 3.8. | UMB FA of Main - Equity Account | RTA | 2693 | $6,475.00 |
| 3.9. | UMB FA of Main GO Lab Cap Interest | RTA | 2693 | $652.00 |
| 3.10. | Citi UK (amount shown in Euros) | RTA | 7764 | $30,296.00 |
| 3.11. | Mascoma Bank | RTA | 8577 | $0.00 |
| 3.12. | UMB Bank FA of Maine | Revenue | 2693 | $0.00 |
| 3.13. | UMB Bank FA of Maine | COI | 2693 | $0.00 |
| 3.14. | UMB Bank FA of Maine | Loss Proceeds | 2693 | $0.00 |
| 3.15. | UMB Bank FA of Maine | Rebate | 2693 | $0.00 |
| 3.16. | UMB Bank FA of Maine | DSR | 2693 | $0.00 |
| 3.17. | UMB Bank FA of Maine | Major Mnt Reserve | 2693 | $0.00 |
| 3.18. | UMB Bank FA of Maine | Operating Reserve | 2693 | $0.00 |
| 3.19. | UMB Bank FA of Maine | NMTC Sub OB | 2693 | $0.00 |
| 3.20. | UMB Bank FA of Maine | NMTC SO Interest | 2693 | $0.00 |

Debtor   GO Lab Madison, LLC _____   Case number *(if known)* 25-10558
Name

| 3.21. | UMB Bank FA of Maine | NMTC SO Principal | 2693 | $0.00 |
|---|---|---|---|---|
| 3.22. | UMB Bank FA of Maine | SUB OB Interest | 2693 | $0.00 |
| 3.23. | UMB Bank FA of Maine | SUB OB Principal | 2693 | $0.00 |
| 3.24. | UMB Bank FA of Maine | 2021 DS | 2693 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                          | $956,537.81 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:    234,183.33   -    0.00   = ....    $234,183.33
                           face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    9,630.53   -    9,630.53   = ....    $0.00
                        face amount           doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                                        | $234,183.33 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    GO Lab Madison, LLC
_____
Name

Case number *(If known)*  25-10558

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** BICO, Fire Retardant, PMDI, Wood | | $122,277.99 | Recent cost | $122,277.99 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Batt and Fill | | $506,121.08 | Recent cost | $506,121.08 |
| 22. **Other inventory or supplies** Spare Parts & Packaging | | $1,519,511.22 | Recent cost | $1,519,511.22 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $2,147,910.29 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ____127,040.46____ Valuation method ____Recent Cost____ Current Value ____127,040.46____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Software | $118,390.51 | Recent cost | $118,390.51 |

Debtor    GO Lab Madison, LLC
_____
          Name

Case number *(If known)* 25-10558

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                         | $118,390.51 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| TimberFill Equipment | $4,342,413.31 | Recent cost | $4,342,413.31 |
| Front End Loader | $299,075.00 | Recent cost | $299,075.00 |
| Computers | $29,131.73 | Recent cost | $29,131.73 |
| R-Value Testing Equipment | $62,769.66 | Recent cost | $62,769.66 |
| Instron Fixture | $21,245.97 | Recent cost | $21,245.97 |
| Instron Fixture | $55,928.49 | Recent cost | $55,928.49 |
| Loose Fill Line Equipment | $15,339,485.34 | Recent cost | $15,386,380.69 |

51.    **Total of Part 8.**                                                                         | $20,196,944.85 |
       Add lines 47 through 50.  Copy the total to line 87.

Debtor    GO Lab Madison, LLC                              Case number *(If known)*  25-10558
          _____                      _____
          Name

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Buildings located at 1 Main Street Madison, ME 04950 | Fee simple | $1,862,970.76 | N/A | $1,862,970.76 |
| 55.2.  Buildings/Land located at 1 Main Street Madison, ME 04950 (capitalized interest) | Equitable interest | $3,873.01 | N/A | $3,873.01 |
| 55.3.  Land located at 1 Main Street Madison, ME 04950 (approximately 19.19 acres) | Fee simple | $84,376.02 | N/A | $84,376.02 |

56.     **Total of Part 9.**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

        $1,951,219.79

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor   GO Lab Madison, LLC                                     Case number *(If known)*  25-10558
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** www.timberhp.com | $0.00 | | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable** Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| Tax Net Operating Loss | Tax year 2023 | Unknown |
| 26 USC § 48C(c)(1) Tax Credits | Tax year | Unknown |

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**

Debtor    GO Lab Madison, LLC                                  Case number *(If known)* 25-10558
_____
Name

**every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                        | $0.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    GO Lab Madison, LLC _____    Case number *(If known)*  25-10558
                 Name

---

Part 12:    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $956,537.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $234,183.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,147,910.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $118,390.51 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,196,944.85 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $1,951,219.79 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,653,966.79 | + 91b.  $1,951,219.79 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,605,186.58 |

---

**Fill in this information to identify the case:**

Debtor name    GO Lab Madison, LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   25-10558

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | Cianbro Corporation
Creditor's Name

101 Cianbro Square
Pittsfield, ME 04967
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Real property and fixtures

**Describe the lien**
Mechanic's Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $15,202,548.00
Value of collateral: $6,130,000.00

**2.2** | First National Bank Belfast
Creditor's Name

1B Belmont Ave
Belfast, ME 04915
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Front-End Loader

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $251,122.00
Value of collateral: $180,000.00

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Gilman Electrical Supply**
Creditor's Name

53 Main Street
P.O. Box 98
Newport, ME 04953
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**           $144,952.53          $6,130,000.00
Real property and fixtures

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **IPFS Corporation**
Creditor's Name

P.O. Box 412086
Kansas City, MO 64141
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**           $201,999.28          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **MCD Subsidiary CDE 16,
LLC**
Creditor's Name

c/o Mascoma Community
Development, LLC
80 South Main Street
Hanover, NH 03755
Creditor's mailing address

**Describe debtor's property that is subject to a lien**           $19,670,321.00          $589,127.00
Real Estate and Segregated Account at
Mascoma Bank

**Describe the lien**
Mortgage and Security Interest

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | MHIC NE CDE II Subsidiary 64 LLC | | | |
|---|---|---|---|---|

Creditor's Name

c/o MA Housing Investment Corporation
21 Custom House Street, 8th Floor
Boston, MA 02110
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real estate and segregated account located at Eastern Bank

$3,386,980.00      $210,578.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Mortgage and Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Somerset Economic Development Corp. | | | |
|---|---|---|---|---|

Creditor's Name

41 Court Street
Skowhegan, ME 04976
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Estate

$2,990,000.00      $0.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|--------|---------------------|--|------------------------|----------|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | UMB Bank, N.A., Trustee | Describe debtor's property that is subject to a lien | $90,553,333.00 | $170,000.00 |
|-----|-------------------------|-----|-----|-----|

**Creditor's Name**

120 South Sixth Street
Suite 1400
Minneapolis, MN 55402
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All, or substantially all, real estate and personal property

**Describe the lien**
Security Interest and Mortgage

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/23/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $132,401,255.81 |
|----|-----|-----|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----|-----|

**Fill in this information to identify the case:**

Debtor name        GO Lab Madison, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10558

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>State of Delaware<br>c/o Division of Corporations<br>33 Lewis Road<br>Binghamton, NY 13905 | Unknown | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>ABB Inc.<br>305 Gregson Drive<br>Cary, NC 27511 | $16,596.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☑ No    ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>Acadia Global Logistics LLC<br>P.O. Box 730<br>Scarborough, ME 04070 | $2,823.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☑ No    ☐ Yes

20904

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|--------|---------------------|---|------------------------|----------|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address**
Acumen Recruiting
6860 SW Atlanta Street
Portland, OR 97223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$28,448.32

---

**3.4** | **Nonpriority creditor's name and mailing address**
ACV Environmental Services Inc.
P.O. Box 674985
Detroit, MI 48267-7000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,983.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
Aesseal Inc.
355 Dunavant Drive
Rockford, TN 37853

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,700.74

---

**3.6** | **Nonpriority creditor's name and mailing address**
Air Measurement LLC
d/b/a APCC
10 Printers Drive
Hermon, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,520.00

---

**3.7** | **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734445
Chicago, IL 60673-4445

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,609.03

---

**3.8** | **Nonpriority creditor's name and mailing address**
All American Poly
40 Turner Place
Piscataway, NJ 08854

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,743.75

---

**3.9** | **Nonpriority creditor's name and mailing address**
Andritz Ltd.
45 Roy Boulevard
Brantford
Ontario, Canada N3R 7K1

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$255,390.20

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
Andritz Ltd.
45 Roy Boulevard
Brantford
Ontario, Canada N3R 7K1

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$187,282.60

---

**3.11**

**Nonpriority creditor's name and mailing address**
Anson Madison Sanitary District
52 Main Street
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,178.51

---

**3.12**

**Nonpriority creditor's name and mailing address**
Anson Madison Water District
P.O. Box 293
Richmond, ME 04357

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$809.06

---

**3.13**

**Nonpriority creditor's name and mailing address**
Anthony Grassi
363 Belfast Road
Camden, ME 04843

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.14**

**Nonpriority creditor's name and mailing address**
Arbon Equipment Rental
d/b/a Rite-Hite
35 International Drive
Suite A
Windsor, CT 06095

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$21,590.68

---

**3.15**

**Nonpriority creditor's name and mailing address**
Bangor Publishing Company
d/b/a Bangor Daily News
1 Merchants Plaza
Suite 1
Bangor, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,850.00

---

**3.16**

**Nonpriority creditor's name and mailing address**
Barclay Water Management Inc.
55 Chapel Street
Newton, MA 02458

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,016.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,120.00 |
|---|---|---|---|

BlackHawk Industrial Distribution Inc.
10810 East 45th Street
Suite 100
Tulsa, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556.00 |
|---|---|---|---|

Bob's Cash Fuel
P.O. Box 70
Madison, ME 04950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,686.00 |
|---|---|---|---|

Brothers Branding LLC
1017 Washington Street
Bath, ME 04530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,500.00 |
|---|---|---|---|

BS&B Pressure Safety Management LLC
P.O. Box 470424
Tulsa, OK 74147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

Calvary Pentecostal Church
160 Old Point Avenue
Madison, ME 04950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

Cameron Ashley Building Products
979A Batesville Road
Greer, SC 29251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

Carr Builds, LLC
2800 Lawndale Drive
Plano, TX 75023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**
Catherine Robbins
53 Ghent Road
Searsmont, ME 04973

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Central Maine Power Company
P.O. Box 847810
Boston, MA 02284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Cision US Inc.
P.O. Box 417215
Boston, MA 02241-7215

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$810.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Citibank
One Post Office Square
37th Floor
Boston, MA 02110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
CMD Technology, Inc.
11 Glendale Road
East Longmeadow, MA 01028

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$1,623.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
Cole Parmer
625 E. Bunker Court
Vernon Hills, IL 60061

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$226.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Cross Insurance
2367 Congress Street
Portland, ME 04102

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$257.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
D&G Machine Products Inc.
50 Eisenhower Drive
Westbrook, ME 04095

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,500.00

---

**3.32** | **Nonpriority creditor's name and mailing address**
Datasite LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,185.76

---

**3.33** | **Nonpriority creditor's name and mailing address**
David Altman

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34** | **Nonpriority creditor's name and mailing address**
David Altman
317 SW Alder Street
Portland, OR 97204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** | **Nonpriority creditor's name and mailing address**
Dell Marketing L.P.
One Dell Waymail
Stop 8129
Round Rock, TX 78682

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,238.02

---

**3.36** | **Nonpriority creditor's name and mailing address**
Dennis Pietro

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37** | **Nonpriority creditor's name and mailing address**
Dennis Pietro
5 Greentree Centre
525 Route 73 North, Suite 104
Marlton, NJ 08053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
Dept of Environmental Protection, NRSC
155 State House Station
Augusta, ME 04333-0155

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$971.43

---

**3.39**

**Nonpriority creditor's name and mailing address**
DHL Express
16592 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,812.55

---

**3.40**

**Nonpriority creditor's name and mailing address**
Dieffenbacher GmbH Maschinen- und Anlage
P.O. Box 734475
Dallas, TX 75373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$504,461.22

---

**3.41**

**Nonpriority creditor's name and mailing address**
Distribution Int'l Southwest
d/b/a Service Partners
475 N. Williamson Blvd.
Daytona Beach, FL 32114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.42**

**Nonpriority creditor's name and mailing address**
Diversified Pump and Compressor LLC
24 Commercial Drive
Brentwood, NH 03833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,232.48

---

**3.43**

**Nonpriority creditor's name and mailing address**
Down East Enterprise, Inc.
P.O. Box 679
Camden, ME 04843

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,234.15

---

**3.44**

**Nonpriority creditor's name and mailing address**
Dysarts Service
P.O. Box 1689
Bangor, ME 04402-1689

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,484.59

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|

Eagle Creek Hydro Holdings, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,600.00 |
|---|---|---|---|

Eagle Creek Madison Hydro, LLC
116 N. State Street
Neshkoro, WI 54960-0167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,011.73 |
|---|---|---|---|

EHNS Partners, LLC
P.O. Box 843
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.50 |
|---|---|---|---|

Epi-Center
1 Arch Road
Suite 6
Westfield, MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.30 |
|---|---|---|---|

Estes
P.O. Box 25612
Richmond, VA 23260-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

Everett J. Prescott, Inc.
32 Prescott Street
Gardiner, ME 04345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,534.00 |
|---|---|---|---|

F.W. Webb
37 Heywood Road
Winslow, ME 04901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address**
FedEx Freight
P.O. Box 371461
Pittsburgh, PA 15250-7461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$177.00

---

**3.53** | **Nonpriority creditor's name and mailing address**
Fisher Scientific Co.
d/b/a Thermo Fisher Scientific
300 Industry Drive
Pittsburgh, PA 15108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,324.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
Flyte New Media
136 Commercial Street
Suite 201
Portland, ME 04101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,750.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
Forsik Consulting
P.O. Box 5070
Athens, GA 30604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,880.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
General Alum New England Corp
34 Kidder Point Road
Searsport, ME 04974

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.57** | **Nonpriority creditor's name and mailing address**
Gerrity Industries
P.O. Box 121
Monmouth, ME 04259

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,582.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
Gill Strategies, Inc.
95 Victor Avenue
Toronto, Ontario
M4K 1A7 Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,100.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900,000.00**

Globe Machine Manufacturing Company
701 East Street
P.O. Box 2274
Tacoma, WA 98401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,788,161.65**

GO Lab, Inc.
1 Main Street
P.O. Box 119
Madison, ME 04950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$603.04**

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00**

GreenHome Institute
625 Kenmoor Ave. SE
Suite 350
PMB 20674
Grand Rapids, MI 49546-2395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,911.30**

Hancock Lumber
1267 Poland Spring Road
Casco, ME 04015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$856.00**

Hanley Wood Media, Inc.
d/b/a Zonda Media
4000 MacArthur Blvd.
Newport Beach, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,219.00**

Heidrick & Struggles Inc.
233 S. Wacker Drive
Suite 4900
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.66** **Nonpriority creditor's name and mailing address**
ICC Evaluation Service, LLC
3060 Saturn Street
Suite 100
Brea, CA 92821

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,590.00

---

**3.67** **Nonpriority creditor's name and mailing address**
ICC NTA, LLC
306 N. Oakland Ave.
Nappanee, IN 46550

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$60,000.00

---

**3.68** **Nonpriority creditor's name and mailing address**
Illinois Tool Works Inc.
dba INSTRON
825 University Ave
Norwood, MA 02062-2643

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$94,228.00

---

**3.69** **Nonpriority creditor's name and mailing address**
Ingersoll-Rand Industrial US Inc.
525 Harbour Place
Suite 600
Davidson, NC 28036

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,507.00

---

**3.70** **Nonpriority creditor's name and mailing address**
Insulation Contractors Assoc. of America
P.O. Box 320731
Alexandria, VA 22320

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,150.00

---

**3.71** **Nonpriority creditor's name and mailing address**
Intercorp Group
117 St. George Road
Ontario, N1E 1N0 Canada

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$15,834.00

---

**3.72** **Nonpriority creditor's name and mailing address**
Johnson Controls Fire Protection LP
35 Progress Avenue
Nashua, NH 03062

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$408,036.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

**3.73** Nonpriority creditor's name and mailing address
Jordans Cleaning Solutions LLC
81 Summer Street
Waterville, ME 04901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$27,578.00

---

**3.74** Nonpriority creditor's name and mailing address
Joshua Henry
47 Saturday Cove
Lincolnville, ME 04849

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.75** Nonpriority creditor's name and mailing address
K.L. Jack and Co., Inc.
145 Warren Ave.
Portland, ME 04103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,133.99

---

**3.76** Nonpriority creditor's name and mailing address
Keider Consulting
Lisdorfer Street 11
Saarlouis, Sarrland, Germany 66740

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$68,302.55

---

**3.77** Nonpriority creditor's name and mailing address
Kilop USA, Inc.
4146 Mendenhall Oaks Pkway
Suite 1013
High Point, NC 27265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$144,582.27

---

**3.78** Nonpriority creditor's name and mailing address
LBM Advantage
555 Hudson Valley Avenue
New Windsor, NY 12553

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$5,950.00

---

**3.79** Nonpriority creditor's name and mailing address
Madison Electric Works
6 Business Park Drive
Madison, ME 04950

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24,387.88

---

Debtor    GO Lab Madison, LLC
Name

Case number (if known)    25-10558

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.00
Maine Oxy
100 Washington Street N
Auburn, ME 04210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.00
Mainely Environmental LLC
1 Farwell Avenue 357
Cumberland Center, ME 04021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
Matthew O'Malia
91 Cedar Street
Belfast, ME 04915

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,947.00
Matthews International Corporation
Two Northshore Center
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,366.00
MegaCorp Logistics LLC
1011 Ashes Drive
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
Michael Wallace

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
Michael Wallace
14 Wildwood Lane
Scarborough, ME 04074

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    GO Lab Madison, LLC
_____
Name

Case number (if known)    25-10558
_____

---

3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,640.00
---|---|---|---
| Mid-South Engineering Co. | ☐ Contingent |
| P.O. Box 1399 | ☐ Unliquidated |
| Hot Springs National Park, AR 71902 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,013.00
---|---|---|---
| Millenium Power Services, Inc. | ☐ Contingent |
| 80 Mainline Drive | ☐ Unliquidated |
| Westfield, MA 01085 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,341.00
---|---|---|---
| Motion Industries, Inc. | ☐ Contingent |
| 216 Perry Road | ☐ Unliquidated |
| Bangor, ME 04401 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $287,321.23
---|---|---|---
| MSK - Covertech, Inc | ☐ Contingent |
| 600 Cherokee Parkway | ☐ Unliquidated |
| Acworth, GA 30102 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138.00
---|---|---|---
| N-able Technologies LTD | ☐ Contingent |
| 20 Greenmarket, Suites 11 & 12 | ☐ Unliquidated |
| The Vision Building | ☐ Disputed |
| Dundee, DD1 4QB UK | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,585.29
---|---|---|---
| Neponset Controls, Inc. | ☐ Contingent |
| 71 Elm Street | ☐ Unliquidated |
| Unit 1 | ☐ Disputed |
| Foxboro, MA 02035-2519 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,990.00
---|---|---|---
| NEPW Logistics Inc. | ☐ Contingent |
| 70 Quarry Road | ☐ Unliquidated |
| Portland, ME 04103 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.94** Nonpriority creditor's name and mailing address
New England Controls, Inc.
9 Oxford Road
Mansfield, MA 02048

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,330.00

---

**3.95** Nonpriority creditor's name and mailing address
Northeast Coffee
60 Southgate Parkway
Skowhegan, ME 04976

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$829.92

---

**3.96** Nonpriority creditor's name and mailing address
Northern Light Healthy Life EAP
43 Whiting Hill Road
Brewer, ME 04412

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,274.00

---

**3.97** Nonpriority creditor's name and mailing address
Northern Tilth, LLC
P.O. Box 361
Belfast, ME 04915

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,799.00

---

**3.98** Nonpriority creditor's name and mailing address
Northstar Transport and Logistics, Inc.
35 Access Road
Suite A
Chester, ME 04457

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$35,658.00

---

**3.99** Nonpriority creditor's name and mailing address
Oakley Dyer

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100** Nonpriority creditor's name and mailing address
Oakley Dyer
121 Free Street
Portland, ME 04101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$469.00**
Omni Services, Inc.
12 East Worcester Street
Worcester, MA 01604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96,146.85**
OPAL Global, LLC
137 High Street
Belfast, ME 04915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,853.00**
Overhead Door Co. of Bangor
56 Liberty Drive
Hermon, ME 04401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$615.00**
PAF Transportation
P.O. Box 730
Scarborough, ME 04070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,520.00**
R&D Services Inc.
209 Tennessee Blvd.
Watertown, TN 37184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,489.00**
Ranger Construction Corp
1 Savage Street
Fairfield, ME 04937

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81,051.00**
Rembe Inc.
9567 Yarborough Road
Fort Mill, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  GO Lab Madison, LLC
_____
Name

Case number (if known)   25-10558
_____

| 3.108 | **Nonpriority creditor's name and mailing address**<br>Reynold's Engineering and Equipment, Inc<br>1602 Musser Street<br>Muscatine, IA 52761<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $89,223.00 |

| 3.109 | **Nonpriority creditor's name and mailing address**<br>S.W. Cole Engineering, Inc.<br>37 Liberty Drive<br>Bangor, ME 04401-5784<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $1,310.00 |

| 3.110 | **Nonpriority creditor's name and mailing address**<br>Saturn Business Services Inc.<br>d/b/a Carbon Copy<br>54 Main Street<br>Waterville, ME 04901<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,756.98 |

| 3.111 | **Nonpriority creditor's name and mailing address**<br>SCS Global Services<br>2000 Powell Street<br>Suite 600<br>Emeryville, CA 94608<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,500.00 |

| 3.112 | **Nonpriority creditor's name and mailing address**<br>Securitas Security Services USA, Inc.<br>50 Donald B. Dean Drive<br>Suite 2<br>South Portland, ME 04106<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $47,902.36 |

| 3.113 | **Nonpriority creditor's name and mailing address**<br>SEK Enterprise, LLC<br>P.O. Box 630303<br>Irving, TX 75063-0303<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $4,382.00 |

| 3.114 | **Nonpriority creditor's name and mailing address**<br>Seven Islands Land Company<br>P.O. Box 1168<br>Bangor, ME 04402-1168<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $8,546.00 |

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address**
Stantec Consulting Ltd.
P.O. Box 578
c/o Lockbox 310260
Calgary, AB T2P 2J2 Canada

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$188,959.80

---

**3.116** | **Nonpriority creditor's name and mailing address**
Summit Natural Gas of Maine Inc.
P.O. Box 77207
Minneapolis, MN 55480

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19,026.41

---

**3.117** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
1799 Innovation Point
Fort Mill, SC 29715-4556

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,665.00

---

**3.118** | **Nonpriority creditor's name and mailing address**
Susan Woods
24 Elm Street
Belfast, ME 04915

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.119** | **Nonpriority creditor's name and mailing address**
T.T. Dunphy Inc.
P.O. Box 490
North Anson, ME 04958

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$675.00

---

**3.120** | **Nonpriority creditor's name and mailing address**
The Fitch Company, Inc.
631 Hammond Street
Bangor, ME 04401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

**3.121** | **Nonpriority creditor's name and mailing address**
The Valued Advisor Fund, LLC
205 N Michigan Ave
Chicago, IL 60601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

---

**3.122** | **Nonpriority creditor's name and mailing address**
Town of Madison
P.O. Box 190
Madison, ME 04950

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100,038.78

---

**3.123** | **Nonpriority creditor's name and mailing address**
Toyota Industries Commercial Finance Inc
P.O. Box 660926
Dallas, TX 75266-0926

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,822.72

---

**3.124** | **Nonpriority creditor's name and mailing address**
Trask-Decrow Machinery Inc.
P.O. Box 6427
Scarborough, ME 04070-6427

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$857.00

---

**3.125** | **Nonpriority creditor's name and mailing address**
Treasurer, State of Maine
286 Water Street
3rd Floor
Augusta, ME 04333-0011

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,334.67

---

**3.126** | **Nonpriority creditor's name and mailing address**
UL Solutions LLC
333 Pfingsten Road
Northbrook, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12,215.00

---

**3.127** | **Nonpriority creditor's name and mailing address**
UniFirst Corporation
70 Godoe Road
Bangor, ME 04401

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$586.65

---

**3.128** | **Nonpriority creditor's name and mailing address**
UTC Overseas Inc.
P.O. Box 95225
Grapevine, TX 76099-9752

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,749.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.129** **Nonpriority creditor's name and mailing address**
Victor Bogachev
55 Lewis Street
Apt 513
Boston, MA 02128

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130** **Nonpriority creditor's name and mailing address**
W.T. Gardner Equipment
PO Box 189
Lincoln, ME 04457

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$24,631.89**

---

**3.131** **Nonpriority creditor's name and mailing address**
Walker Emulsions Limited
4365 Corporate Drive
Burlington, Ontario
L7L 5P7 Canada

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,630.00**

---

**3.132** **Nonpriority creditor's name and mailing address**
WD Matthews Machinery Co.
901 Center Street
Auburn, ME 04210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,868.60**

---

**3.133** **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, NA
ERMS OPS
P.O. Box 856570
Minneapolis, MN 55485-6570

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.134** **Nonpriority creditor's name and mailing address**
Woodard & Curran
41 Hutchins Drive
Portland, ME 04102

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,975.00**

---

**3.135** **Nonpriority creditor's name and mailing address**
Work Health
43 Whiting Hill Road
Brewer, ME 04412

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,904.32**

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|--------|---------------------|------------------------|----------|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,787.43 |
|-------|---|---|---|
| | Wright-Pierce<br>11 Bowdoin Mill Island<br>Suite 140<br>Topsham, ME 04086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,525.23 |
|-------|---|---|---|
| | Xerox Financial Services<br>P.O. Box 202882<br>Dallas, TX 75320-2882 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,476,778.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,476,778.17 |

**Fill in this information to identify the case:**

Debtor name      GO Lab Madison, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10558

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    Biomass Feedstock Supply Agreement (Raw Material)<br><br>State the term remaining    1 year, 6 months<br><br>List the contract number of any government contract | Carrier Chipping<br>P.O. Box 886<br>Skowhegan, ME 04976 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    Project Construction Contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Cianbro Corporation<br>101 Cianro Square<br>Pittsfield, ME 04967 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    Board Line Equipment<br><br>State the term remaining<br><br>List the contract number of any government contract | Dieffenbacher<br>1345 Ridgeland Parkway<br>Alpharetta, GA 30004 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    Amendment 7 to Original Contract<br><br>State the term remaining    8 months<br><br>List the contract number of any government contract | Dieffenbacher<br>1345 Ridgeland Parkway<br>Alpharetta, GA 30004 |

Debtor 1  GO Lab Madison, LLC

    First Name       Middle Name       Last Name

Case number *(if known)*  25-10558

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Site Supervision Contract | |
|---|---|---|---|
| | State the term remaining | | Dieffenbacher |
| | List the contract number of any government contract | | 1345 Ridgeland Parkway |
| | | | Alpharetta, GA 30004 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Fire Retardant Supply Agreement (Raw Material) | |
|---|---|---|---|
| | State the term remaining | 10 months | GAC Chemical Corporation |
| | List the contract number of any government contract | | 34 Kidder Point Road |
| | | | Searsport, ME 04974 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Biomass Feedstock Supply Agreement (Raw Material) | |
|---|---|---|---|
| | State the term remaining | 1 year, 6 months | Hancock Lumber |
| | List the contract number of any government contract | | 1267 Poland Spring Road |
| | | | Casco, ME 04015 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Biocomponent Fiber Supply Agreement (Raw Material) | |
|---|---|---|---|
| | State the term remaining | 8 months | Kilop USA, Inc. |
| | List the contract number of any government contract | | 4146 Mendenhall Oaks Pkway |
| | | | Suite 1013 |
| | | | High Point, NC 27265 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Logistics Service Agreement (Shipping) | |
|---|---|---|---|
| | State the term remaining | 1 year, 5 months | NEPW Logistics Inc. |
| | List the contract number of any government contract | | 70 Quarry Road |
| | | | Portland, ME 04103 |

Debtor 1    GO Lab Madison, LLC
_____
First Name        Middle Name        Last Name

Case number *(if known)*    25-10558

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Power Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | 2 years, 8 months | OPG Eagle Creek Holdings LLC |
| | List the contract number of any government contract | | 325 Columbia Turnpike, Suite 302 |
| | | | Florham Park, NJ 07932 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Biomass Feedstock Supply Agreement (Raw Material) | |
|---|---|---|---|
| | State the term remaining | 1 year, 6 months | Pleasant River Lumbar Company - Dover |
| | List the contract number of any government contract | | P.O. Box 68 |
| | | | Dover Foxcroft, ME 04426 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Security Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Securitas Security Services USA, Inc. |
| | List the contract number of any government contract | | 50 Donald B. Dean Drive |
| | | | Suite 2 |
| | | | South Portland, ME 04106 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Special Rate Agreement for Firm Transportation Service | |
|---|---|---|---|
| | State the term remaining | 8 months | Summit Natural Gas of Maine Inc. |
| | List the contract number of any government contract | | P.O. Box 77207 |
| | | | Minneapolis, MN 55480 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Boiler Lease | |
|---|---|---|---|
| | State the term remaining | 3 years, 6 months | Town of Madison |
| | List the contract number of any government contract | | P.O. Box 190 |
| | | | Madison, ME 04950 |

Debtor 1    GO Lab Madison, LLC

     First Name      Middle Name      Last Name

Case number *(if known)*    25-10558

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — HVAC Lease

State the term remaining — 6 years, 6 months

List the contract number of any government contract

Town of Madison
P.O. Box 190
Madison, ME 04950

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease (Fork Trucks)

State the term remaining — 1 year, 1 month

List the contract number of any government contract

Toyota Industries Commercial Finance Inc
P.O. Box 660926
Dallas, TX 75266-0926

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Biomass Feedstock Supply Agreement (Raw Material)

State the term remaining — 1 year, 6 months

List the contract number of any government contract

W.T. Gardner Equipment
PO Box 189
Lincoln, ME 04457

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease (Scissor Lift)

State the term remaining — 3 months

List the contract number of any government contract

WD Matthews Machinery Co.
901 Center Street
Auburn, ME 04210

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Lease (Copier #1)

State the term remaining — 11 months

List the contract number of any government contract

Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882

| Debtor 1 | GO Lab Madison, LLC | | | Case number *(if known)* | 25-10558 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease (Copier #2) | |
|---|---|---|---|
| | State the term remaining | 2 years, 10 months | Xerox Financial Services |
| | List the contract number of any government contract | | P.O. Box 202882 Dallas, TX 75320-2882 |

**Fill in this information to identify the case:**

Debtor name ___GO Lab Madison, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) ___25-10558___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | GO Lab Madison Holdings, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MHIC NE CDE II Subsidiary 64 LLC | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.2 | GO Lab Madison Holdings, LLC | 1 Main Street P.O. Box 119 Madison, ME 04950 | MCD Subsidiary CDE 16, LLC | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.3 | GO Lab, Inc. | | MCD Subsidiary CDE 16, LLC | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.4 | GO Lab, Inc. | | MHIC NE CDE II Subsidiary 64 LLC | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __GO Lab Madison, LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __25-10558__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $572,860.00 |
   | For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $4,711,591.00 |
   | For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $1,028,000.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2025 to Filing Date | Interest | $4,021.00 |
   | **For prior year:**<br>From  1/01/2024 to 12/31/2024 | Interest | $101,127.00 |
   | **For year before that:**<br>From  1/01/2023 to 12/31/2023 | Other | $50,528.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:** From  1/01/2023 to 12/31/2023 | Interest | $31,751.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    Air Measurement LLC d/b/a APCC 10 Printers Drive Bangor, ME 04401 | | $25,300.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2.    Anson-Madison Sanitary District 52 Main Street Madison, ME 04950 | | $28,466.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3.    Anthem Blue Cross Blue Shield 2367 Congress Street Portland, ME 04102 | | $74,795.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4.    Balcan Innovations Inc. 11320 State Route 9 Suite 100 Champlain, NY 12919 | | $39,523.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5.    D&G Machine Products Inc. 50 Eisenhower Drive Westbrook, ME 04095 | | $16,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6.    Drummond Woodsum & MacMahon 84 Marfinal Way, Suite 600 Portland, ME 04101 | | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    GO Lab Madison, LLC _____    Case number (if known)    25-10558 _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. DTE Energy Trading, Inc.<br>One Energy Plaza, 400 WCB<br>Detroit, MI 48226-1221 | | $328,035.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Eagle Creek Hydro Holdings, LLC<br>65 Madison Avenue, Suite 500<br>Morristown, NJ 07960 | | $37,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Film Source<br>3301 Gateway Centre Blvd.<br>Pinellas Park, FL 33782 | | $147,959.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. First National Bank Belfast<br>1B Belmont Ave<br>Belfast, ME 04915 | | $14,727.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. General Alum New England Corp<br>34 Kidder Point Road<br>Searsport, ME 04974 | | $167,904.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Gerrity Industries<br>P.O. Box 121<br>Monmouth, ME 04259 | | $43,122.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Gill Strategies, Inc.<br>95 Victoria Avenue<br>Toronto, Ontario, Canada M4K 1A7 | | $35,705.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.14. Helukabel USA Inc.<br>1201 Wesemann Drive<br>Dundee, IL 60118 | | $42,230.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab Madison, LLC _____    Case number *(if known)*  25-10558 _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.15. | IPFS Corporation<br>3522 Thomasville Road<br>Suite 400<br>Tallahassee, FL 32309 | | $619,611.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | K.L.Jack and Co., Inc.<br>145 Warren Ave.<br>Portland, ME 04103 | | $9,348.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | Kilop USA, Inc.<br>4146 Mendenhall Oaks Pkway<br>Suite 1013<br>High Point, NC 27265 | | $97,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | LBM Advantage<br>555 Hudson Valley Avenue, Suite 200<br>New Windsor, NY 12553 | | $16,204.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Customer Rebate |
| 3.19. | Madison Electric Works<br>6 Business Park Drive<br>Madison, ME 04950 | | $23,849.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | MEMIC<br>261 Commercial Street<br>Portland, ME 04101 | | $21,010.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | Neponset Controls, Inc.<br>71 Elm Street<br>Unit 1<br>Foxboro, MA 02035-2519 | | $19,277.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | NEPW Logistics Inc.<br>70 Quarry Road<br>Portland, ME 04103 | | $130,316.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.23. Nixon Peabody LLP<br>P.O. Box 28012<br>New York, NY 10087-8012 | | $10,533.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. Northstar Transport and Logistics, Inc.<br>35 Access Road<br>Suite A<br>Chester, ME 04457 | | $63,434.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Novolex Shields, LLC<br>101 E. Carolina Ave.<br>Hartsville, SC 29550 | | $41,655.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. Pierce Atwood LLP<br>254 Commercial Street<br>Portland, ME 04101 | | $121,697.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. R&D Services Inc.<br>209 Tennessee Blvd.<br>Watertown, TN 37184 | | $10,575.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. Ranger Construction Corp<br>1 Savage Street<br>Fairfield, ME 04937 | | $26,557.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. Securitas Security Services USA, Inc.<br>50 Donald B. Dean Drive<br>Suite 2<br>South Portland, ME 04106 | | $62,207.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. Summit Natural Gas of Maine Inc.<br>P.O. Box 77207<br>Minneapolis, MN 55480 | | $48,997.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab Madison, LLC                                    Case number *(if known)*    25-10558

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.31. Sunbelt Rentals<br>1799 Innovation Point<br>Fort Mill, SC 29715-4556 | | $10,659.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. TAG America, Inc.<br>5721 Bayside Road, Suite A<br>Virginia Beach, VA 23455 | | $14,817.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. Toyota Industries Commercial Finance Inc<br>P.O. Box 660926<br>Dallas, TX 75266-0926 | | $41,734.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. W.T. Gardner & Sons, Inc.<br>P.O. Box 189<br>Lincoln, ME 04457 | | $54,087.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. Waste Management<br>800 Capitol Street<br>Houston, TX 77002 | | $16,631.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. WD Matthews Machinery Co.<br>901 Center Street<br>Auburn, ME 04210 | | $20,145.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    GO Lab Madison, LLC                                                    Case number (if known)  25-10558

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    Peak Advisory Group, LLC<br>22 Robert Drive<br>Short Hills, NJ 07078<br>Board Member | 9/12/24<br>10/7/24<br>11/1/24<br>12/5/24<br>1/3/25<br>2/7/25<br>2/12/25<br>2/28/25 | $127,500.00 | Independent Director |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| BSB Pressure Safety Mgt LLC<br>P.O. Box 470424<br>Tulsa, OK 74147 | Explosion suppression equipment | March 2025 | $375,227.00 |
| Kilop USA, Inc.<br>4146 Mendenhall Oaks Pkwy<br>Suite 1013<br>High Point, NC 27265 | BICO Fiber | March 2025 | $279,626.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Cianbro Corporation v. GO Lab Madison, LLC<br>SKOSC-RE-2024-08 | Alleged breach of contract | Somerset Superior Court of Maine | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    Consolidated Electrical Supply Co. d/b/a Gilman Electrical Supply v. GO Lab Madison, LLC<br>SKOSC-RE-2024-07 | Alleged breach of contract | Somerset Superior Court of Maine | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.    Kendall Bliss v. GO Lab Madison, LLC<br>E24-0294 | Alleged Wrongful Termination (Employment) | Maine Human Rights Commission<br>51 State House Station<br>Augusta, ME 04333 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Sale Show Give Away | Custom Bear Carving | 2/8/24 | $5,000.00 |
| | **Recipients relationship to debtor**<br>None | | | |

---

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Cozen O'Connor<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801 | | 11/15/2024<br>2/21/2025<br>3/7/2025<br>3/20/25 | $500,000.00 |
| | **Email or website address**<br>www.cozen.com | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    GO Lab Madison, LLC _____    Case number *(if known)*  25-10558

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | J.S. Held d/b/a Phoenix Management 110 Commons Court Chadds Ford, PA 19317-9716 | | 7/2/2024 7/9/2024 11/7/2024 | $15,367.50 |
| | **Email or website address** www.jsheld.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Jefferies Financial Group Inc. 520 Madison Avenue New York, NY 10022 | | 10/17/2024 11/14/2024 12/20/2024 1/24/2025 2/14/2025 3/14/2025 | $345,195.96 |
| | **Email or website address** www.jefferies.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Berry Dunn McNeil & Parker, LLC 23 Water Street Suite 101 Bangor, ME 04401 | | 3/20/2025 | $25,000.00 |
| | **Relationship to debtor** | | | |
| 13.2 . | Hilco Valuation Services, LLC 5 Revere Drive, Suite 300 Northbrook, IL 60062 | Prepayment for appraisal services | | $52,500.00 |
| | **Relationship to debtor** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    GO Lab Madison, LLC                                        Case number *(if known)*  25-10558

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | PierceAtwood 254 Commercial Street Portland, ME 04101 | Retainer | 3/20/2025 | $50,000.00 |
| | **Relationship to debtor** | | | |
| 13.4. | Nixon Peabody LLP P.O. Box 28012 New York, NY 10087-8012 | Retainer | 3/24/2025 | $10,000.00 |
| | **Relationship to debtor** | | | |
| 13.5. | Omni Services, Inc. 12 East Worcester Street Worcester, MA 01604 | Retainer | 3/20/2025 | $20,000.00 |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 137 High Street Belfast, ME 04915 | 9/2018 - 12/2022 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    GO Lab Madison, LLC                                          Case number *(if known)*  25-10558

---

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

 ☐  No. Go to Part 10.

 ■  Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☐ No.
- ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| GO Lab Madison, LLC<br>1 Main Street<br>Madison, ME 04950 | Maine Dept of Environmental Protection<br>312 Canco Road<br>Portland, ME 04103 | Noncompliance of site air permit (stack test scheduled for April 2025) | 10/17/24 |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Michael Wallace (previous CFO)<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | 11/22 - 9/24 |
| 26a.2. | Susan Woods<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | 9/24 - Present |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Berry Dunn 51 Sawyer Road Waltham, MA 02453 | 2021 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Susan Woods 6 Bayview Street Belfast, ME 04915 | N/A |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Wells Fargo Community Investment Holding c/o Wells Fargo Comm Devel Enterprises 401 B Street, Suite 1100 MAC E2901-110 San Diego, CA 92101 |
| 26d.2. | MCD Subsidiary CDE 16, LLC c/o Mascoma Community Development 80 South Main Street Hanover, NH 03755 |
| 26d.3. | MHIC NE CDE II Subsidiary 64 LLC c/o MA Housing Investment Corp. 21 Custom House Street, 8th Floor Boston, MA 02110 |
| 26d.4. | Finance Authority of Maine 5 Community Drive P.O. Box 949 Augusta, ME 04332-0949 |
| 26d.5. | Citibank, N.A. Citi Agency & Trust 388 Greenwich Street, 4th Floor New York, NY 10013 |
| 26d.6. | UMB Bank, N.A., Trustee 120 South Sixth Street Suite 1400 Minneapolis, MN 55402 |
| 26d.7. | Open Prairie Rural Opportunities Fund LP 400 East Jefferson Attn: Jason Wrone Effingham, IL 62401 |
| 26d.8. | Somerset Economic Development Corp. 41 Court Street Skowhegan, ME 04976 |
| 26d.9. | Maine Venture Fund POB 63 Newport, ME 04953 |

Debtor    GO Lab Madison, LLC _____    Case number *(if known)*  25-10558

| | Name and address |
|---|---|
| 26d.10. | Diversified Communications<br>121 Free Street<br>Portland, ME 04101 |
| 26d.11. | Ruralwords<br>Middlebury, VT 05753 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☑  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Berry Dunn | 12/31/2024 | $611,197 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Berry Dunn<br>51 Sawyer Road<br>Waltham, MA 02453 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew O'Malia | 1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | President & CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Woods | 1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | Interim CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GO Lab Madison Holdings, LLC | 1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No

☑  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Wallace | 1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | Treasurer & CFO | 11/2022 - 9/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    GO Lab Madison, LLC                                    Case number *(if known)*    25-10558

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| GO Lab, Inc. | EIN:    82-1220447 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | GO Lab Madison, LLC | Case number *(if known)* | 25-10558 |
|---|---|---|---|

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ Susan Woods _Digitally signed by Susan Woods
Date: 2025.04.22 15:45:47 -04'00'_

_____        Susan Woods
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor ___ Interim CFO ___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes