**Fill in this information to identify the case:**

Debtor name    GO Lab Madison, LLC

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    25-10558

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | | |
| | State of Delaware | Unknown | $0.00 |
| | c/o Division of Corporations | | |
| | 33 Lewis Road | | |
| | Binghamton, NY 13905 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | ABB Inc. | |
| | 305 Gregson Drive | |
| | Cary, NC 27511 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | $2,823.00 |
|---|---|---|
| | Acadia Global Logistics LLC | |
| | P.O. Box 730 | |
| | Scarborough, ME 04070 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** Nonpriority creditor's name and mailing address

Acumen Recruiting
6860 SW Atlanta Street
Portland, OR 97223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$28,448.32

---

**3.4** Nonpriority creditor's name and mailing address

ACV Environmental Services Inc.
P.O. Box 674985
Detroit, MI 48267-7000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,983.00

---

**3.5** Nonpriority creditor's name and mailing address

Aesseal Inc.
355 Dunavant Drive
Rockford, TN 37853

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,700.74

---

**3.6** Nonpriority creditor's name and mailing address

Air Measurement LLC
d/b/a APCC
10 Printers Drive
Hermon, ME 04401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,520.00

---

**3.7** Nonpriority creditor's name and mailing address

Airgas USA, LLC
P.O. Box 734445
Chicago, IL 60673-4445

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,609.03

---

**3.8** Nonpriority creditor's name and mailing address

All American Poly
40 Turner Place
Piscataway, NJ 08854

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,743.75

---

**3.9** Nonpriority creditor's name and mailing address

Andritz Inc.
35 Sherman Street
Muncy, PA 17756

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$187,282.60

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
Andritz Ltd.
45 Roy Boulevard
Brantford
Ontario, Canada N3R 7K1

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$255,390.20

---

**3.11** | Nonpriority creditor's name and mailing address
Anson Madison Sanitary District
52 Main Street
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$18,409.39

---

**3.12** | Nonpriority creditor's name and mailing address
Anson Madison Water District
P.O. Box 293
Richmond, ME 04357

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$809.06

---

**3.13** | Nonpriority creditor's name and mailing address
Anthony Grassi
363 Belfast Road
Camden, ME 04843

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.14** | Nonpriority creditor's name and mailing address
Arbon Equipment Rental
d/b/a Rite-Hite
35 International Drive
Suite A
Windsor, CT 06095

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$21,590.68

---

**3.15** | Nonpriority creditor's name and mailing address
Bangor Publishing Company
d/b/a Bangor Daily News
1 Merchants Plaza
Suite 1
Bangor, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,850.00

---

**3.16** | Nonpriority creditor's name and mailing address
Barclay Water Management Inc.
55 Chapel Street
Newton, MA 02458

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,016.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

**3.17**

Nonpriority creditor's name and mailing address

BlackHawk Industrial Distribution Inc.
10810 East 45th Street
Suite 100
Tulsa, OK 74146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,120.00

---

**3.18**

Nonpriority creditor's name and mailing address

Bob's Cash Fuel
P.O. Box 70
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.19**

Nonpriority creditor's name and mailing address

Brothers Branding LLC
1017 Washington Street
Bath, ME 04530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$21,210.84

---

**3.20**

Nonpriority creditor's name and mailing address

BS&B Pressure Safety Management LLC
P.O. Box 470424
Tulsa, OK 74147

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$28,500.00

---

**3.21**

Nonpriority creditor's name and mailing address

Calvary Pentecostal Church
160 Old Point Avenue
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,000.00

---

**3.22**

Nonpriority creditor's name and mailing address

Cameron Ashley Building Products
979A Batesville Road
Greer, SC 29251

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.23**

Nonpriority creditor's name and mailing address

Carr Builds, LLC
2800 Lawndale Drive
Plano, TX 75023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,000.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**
Catherine Robbins
53 Ghent Road
Searsmont, ME 04973

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent ■
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.25** | **Nonpriority creditor's name and mailing address**
Central Maine Power Company
P.O. Box 847810
Boston, MA 02284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.26** | **Nonpriority creditor's name and mailing address**
Cision US Inc.
P.O. Box 417215
Boston, MA 02241-7215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$810.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
Citibank
One Post Office Square
37th Floor
Boston, MA 02110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
CMD Technology, Inc.
11 Glendale Road
East Longmeadow, MA 01028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,623.50**

---

**3.29** | **Nonpriority creditor's name and mailing address**
Cole Parmer
625 E. Bunker Court
Vernon Hills, IL 60061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$226.74**

---

**3.30** | **Nonpriority creditor's name and mailing address**
Cross Insurance
2367 Congress Street
Portland, ME 04102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
D&G Machine Products Inc.
50 Eisenhower Drive
Westbrook, ME 04095

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,500.00

---

**3.32** | **Nonpriority creditor's name and mailing address**
Datasite LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,185.76

---

**3.33** | **Nonpriority creditor's name and mailing address**
David Altman

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34** | **Nonpriority creditor's name and mailing address**
David Altman
317 SW Alder Street
Portland, OR 97204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** | **Nonpriority creditor's name and mailing address**
Dell Marketing L.P.
One Dell Waymail
Stop 8129
Round Rock, TX 78682

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,238.02

---

**3.36** | **Nonpriority creditor's name and mailing address**
Dennis Pietro

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37** | **Nonpriority creditor's name and mailing address**
Dennis Pietro
5 Greentree Centre
525 Route 73 North, Suite 104
Marlton, NJ 08053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    GO Lab Madison, LLC                                    Case number (if known)    25-10558
_____
         Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $971.43 |

**3.38** Nonpriority creditor's name and mailing address
Dept of Environmental Protection, NRSC
155 State House Station
Augusta, ME 04333-0155

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$971.43

---

**3.39** Nonpriority creditor's name and mailing address
DHL Express
16592 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,427.81

---

**3.40** Nonpriority creditor's name and mailing address
Dieffenbacher GmbH Maschinen- und Anlage
P.O. Box 734475
Dallas, TX 75373

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note: Claim Amount Based on Value of Euro as of June 18, 2025

Is the claim subject to offset? ■ No ☐ Yes

$528,415.35

---

**3.41** Nonpriority creditor's name and mailing address
Distribution Int'l Southwest
d/b/a Service Partners
475 N. Williamson Blvd.
Daytona Beach, FL 32114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.42** Nonpriority creditor's name and mailing address
Diversified Pump and Compressor LLC
24 Commercial Drive
Brentwood, NH 03833

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,232.48

---

**3.43** Nonpriority creditor's name and mailing address
Down East Enterprise, Inc.
P.O. Box 679
Camden, ME 04843

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,234.15

---

**3.44** Nonpriority creditor's name and mailing address
Dysarts Service
P.O. Box 1689
Bangor, ME 04402-1689

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,484.59

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address**
Eagle Creek Madison Hydro, LLC
116 N. State Street
Neshkoro, WI 54960-0167

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$52,628.90

---

**3.46** | **Nonpriority creditor's name and mailing address**
Eagle Creek Madison Hydro, LLC

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$17,600.00

---

**3.47** | **Nonpriority creditor's name and mailing address**
EHNS Partners, LLC
P.O. Box 843
Portland, ME 04104

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$8,011.73

---

**3.48** | **Nonpriority creditor's name and mailing address**
Epi-Center
1 Arch Road
Suite 6
Westfield, MA 01085

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$912.50

---

**3.49** | **Nonpriority creditor's name and mailing address**
Estes
P.O. Box 25612
Richmond, VA 23260-5612

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$870.30

---

**3.50** | **Nonpriority creditor's name and mailing address**
Everett J. Prescott, Inc.
32 Prescott Street
Gardiner, ME 04345

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,700.00

---

**3.51** | **Nonpriority creditor's name and mailing address**
F.W. Webb
37 Heywood Road
Winslow, ME 04901

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$19,534.00

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.00 |
|---|---|---|---|

FedEx Freight
P.O. Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,324.00 |
|---|---|---|---|

Fisher Scientific Co.
d/b/a Thermo Fisher Scientific
300 Industry Drive
Pittsburgh, PA 15108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,750.00 |
|---|---|---|---|

Flyte New Media
136 Commercial Street
Suite 201
Portland, ME 04101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,880.00 |
|---|---|---|---|

Forsik Consulting
P.O. Box 5070
Athens, GA 30604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

General Alum New England Corp
34 Kidder Point Road
Searsport, ME 04974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,582.00 |
|---|---|---|---|

Gerrity Industries
P.O. Box 121
Monmouth, ME 04259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Gill Strategies, Inc.
95 Victor Avenue
Toronto, Ontario
M4K 1A7 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|---|---|---|---|---|
| | Name | | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,900,000.00 |
|---|---|---|---|
| | Globe Machine Manufacturing Company<br>701 East Street<br>P.O. Box 2274<br>Tacoma, WA 98401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,788,161.65 |
|---|---|---|---|
| | GO Lab, Inc.<br>1 Main Street<br>P.O. Box 119<br>Madison, ME 04950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $603.04 |
|---|---|---|---|
| | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | GreenHome Institute<br>625 Kenmoor Ave. SE<br>Suite 350<br>PMB 20674<br>Grand Rapids, MI 49546-2395 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,911.30 |
|---|---|---|---|
| | Hancock Lumber<br>1267 Poland Spring Road<br>Casco, ME 04015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $856.00 |
|---|---|---|---|
| | Hanley Wood Media, Inc.<br>d/b/a Zonda Media<br>4000 MacArthur Blvd.<br>Newport Beach, CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,219.00 |
|---|---|---|---|
| | Heidrick & Struggles Inc.<br>233 S. Wacker Drive<br>Suite 4900<br>Chicago, IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,590.00

ICC Evaluation Service, LLC
3060 Saturn Street
Suite 100
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,000.00

ICC NTA, LLC
306 N. Oakland Ave.
Nappanee, IN 46550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Illinois Tool Works Inc.
dba INSTRON
825 University Ave
Norwood, MA 02062-2643

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Ingersoll-Rand Industrial US Inc.
525 Harbour Place
Suite 600
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,150.00

Insulation Contractors Assoc. of America
P.O. Box 320731
Alexandria, VA 22320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,834.00

Intercorp Group
117 St. George Road
Ontario, N1E 1N0 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,808.00

Jackson Lewis P.C.
1133 Westchester Ave., Suite S125
West Harrison, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408,036.00 |
|---|---|---|---|
| | Johnson Controls Fire Protection LP<br>35 Progress Avenue<br>Nashua, NH 03062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,578.00 |
|---|---|---|---|
| | Jordans Cleaning Solutions LLC<br>81 Summer Street<br>Waterville, ME 04901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Joshua Henry<br>47 Saturday Cove<br>Lincolnville, ME 04849 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,133.99 |
|---|---|---|---|
| | K.L. Jack and Co., Inc.<br>145 Warren Ave.<br>Portland, ME 04103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,302.55 |
|---|---|---|---|
| | Keider Consulting<br>Lisdorfer Street 11<br>Saarlouis, Sarrland, Germany 66740 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,582.27 |
|---|---|---|---|
| | Kilop USA, Inc.<br>4146 Mendenhall Oaks Pkway<br>Suite 1013<br>High Point, NC 27265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | LBM Advantage<br>555 Hudson Valley Avenue<br>New Windsor, NY 12553 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.80** **Nonpriority creditor's name and mailing address**
Madison Electric Works
6 Business Park Drive
Madison, ME 04950

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$44,906.90

---

**3.81** **Nonpriority creditor's name and mailing address**
Maine Oxy
100 Washington Street N
Auburn, ME 04210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,897.00

---

**3.82** **Nonpriority creditor's name and mailing address**
Mainely Environmental LLC
1 Farwell Avenue 357
Cumberland Center, ME 04021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$408.00

---

**3.83** **Nonpriority creditor's name and mailing address**
Matthew O'Malia
91 Cedar Street
Belfast, ME 04915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.84** **Nonpriority creditor's name and mailing address**
Matthews International Corporation
Two Northshore Center
Pittsburgh, PA 15219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,947.00

---

**3.85** **Nonpriority creditor's name and mailing address**
MegaCorp Logistics LLC
1011 Ashes Drive
Wilmington, NC 28405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$11,366.00

---

**3.86** **Nonpriority creditor's name and mailing address**
Michael Wallace

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.87**

**Nonpriority creditor's name and mailing address**
Michael Wallace
14 Wildwood Lane
Scarborough, ME 04074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.88**

**Nonpriority creditor's name and mailing address**
Mid-South Engineering Co.
P.O. Box 1399
Hot Springs National Park, AR 71902

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$30,640.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
Millenium Power Services, Inc.
80 Mainline Drive
Westfield, MA 01085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,013.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Motion Industries, Inc.
216 Perry Road
Bangor, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$51,341.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
MSK - Covertech, Inc
600 Cherokee Parkway
Acworth, GA 30102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$287,321.23

---

**3.92**

**Nonpriority creditor's name and mailing address**
N-able Technologies LTD
20 Greenmarket, Suites 11 & 12
The Vision Building
Dundee, DD1 4QB UK

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$138.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Neponset Controls, Inc.
71 Elm Street
Unit 1
Foxboro, MA 02035-2519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$44,585.29

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.94**

Nonpriority creditor's name and mailing address
NEPW Logistics Inc.
70 Quarry Road
Portland, ME 04103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$67,990.00

---

**3.95**

Nonpriority creditor's name and mailing address
New England Controls, Inc.
9 Oxford Road
Mansfield, MA 02048

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,330.00

---

**3.96**

Nonpriority creditor's name and mailing address
Northeast Coffee
60 Southgate Parkway
Skowhegan, ME 04976

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$829.92

---

**3.97**

Nonpriority creditor's name and mailing address
Northern Light Healthy Life EAP
43 Whiting Hill Road
Brewer, ME 04412

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,274.00

---

**3.98**

Nonpriority creditor's name and mailing address
Northern Tilth, LLC
P.O. Box 361
Belfast, ME 04915

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,799.00

---

**3.99**

Nonpriority creditor's name and mailing address
Northstar Transport and Logistics, Inc.
35 Access Road
Suite A
Chester, ME 04457

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$41,593.12

---

**3.100**

Nonpriority creditor's name and mailing address
Oakley Dyer

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Oakley Dyer
121 Free Street
Portland, ME 04101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.00 |
|---|---|---|---|

Omni Services, Inc.
12 East Worcester Street
Worcester, MA 01604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435,678.79 |
|---|---|---|---|

OPAL Global, LLC
137 High Street
Belfast, ME 04915

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,853.00 |
|---|---|---|---|

Overhead Door Co. of Bangor
56 Liberty Drive
Hermon, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|

PAF Transportation
P.O. Box 730
Scarborough, ME 04070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|

R&D Services Inc.
209 Tennessee Blvd.
Watertown, TN 37184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,489.00 |
|---|---|---|---|

Ranger Construction Corp
1 Savage Street
Fairfield, ME 04937

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $81,051.00

Rembe Inc.
9567 Yarborough Road
Fort Mill, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89,223.00

Reynold's Engineering and Equipment, Inc
1602 Musser Street
Muscatine, IA 52761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,637.00

Robert Half International Inc.
2613 Camino Ramon
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,310.00

S.W. Cole Engineering, Inc.
37 Liberty Drive
Bangor, ME 04401-5784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,502.08

Saturn Business Services Inc.
d/b/a Carbon Copy
54 Main Street
Waterville, ME 04901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00

SCS Global Services
2000 Powell Street
Suite 600
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47,902.36

Securitas Security Services USA, Inc.
50 Donald B. Dean Drive
Suite 2
South Portland, ME 04106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | GO Lab Madison, LLC | | Case number (if known) | 25-10558 |
|--------|---------------------|--|------------------------|----------|
| | Name | | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | SEK Enterprise, LLC<br>P.O. Box 630303<br>Irving, TX 75063-0303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,546.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | Seven Islands Land Company<br>P.O. Box 1168<br>Bangor, ME 04402-1168 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415,051.82 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | Stantec Consulting Ltd.<br>P.O. Box 578<br>c/o Lockbox 310260<br>Calgary, AB T2P 2J2 Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,546.51 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | Summit Natural Gas of Maine Inc.<br>P.O. Box 77207<br>Minneapolis, MN 55480 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | Sunbelt Rentals<br>1799 Innovation Point<br>Fort Mill, SC 29715-4556 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | Susan Woods<br>24 Elm Street<br>Belfast, ME 04915 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | T.T. Dunphy Inc.<br>P.O. Box 490<br>North Anson, ME 04958 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  GO Lab Madison, LLC                                    Case number (if known)  25-10558

Name

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.00 |
|---|---|---|---|
| | The Fitch Company, Inc.<br>631 Hammond Street<br>Bangor, ME 04401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | The Valued Advisor Fund, LLC<br>205 N Michigan Ave<br>Chicago, IL 60601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,500.00 |
|---|---|---|---|
| | Town of Madison<br>P.O. Box 190<br>Madison, ME 04950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Toyota Industries Commercial Finance Inc<br>P.O. Box 660926<br>Dallas, TX 75266-0926 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.00 |
|---|---|---|---|
| | Trask-Decrow Machinery Inc.<br>P.O. Box 6427<br>Scarborough, ME 04070-6427 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,038.62 |
|---|---|---|---|
| | Treasurer, State of Maine<br>286 Water Street<br>3rd Floor<br>Augusta, ME 04333-0011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,215.00 |
|---|---|---|---|
| | UL Solutions LLC<br>333 Pfingsten Road<br>Northbrook, IL 60062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | GO Lab Madison, LLC | Case number (if known) | 25-10558 |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address**
UniFirst Corporation
70 Godoe Road
Bangor, ME 04401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$586.65

---

**3.130** | **Nonpriority creditor's name and mailing address**
UTC Overseas Inc.
P.O. Box 95225
Grapevine, TX 76099-9752

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,749.00

---

**3.131** | **Nonpriority creditor's name and mailing address**
Victor Bogachev
55 Lewis Street
Apt 513
Boston, MA 02128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132** | **Nonpriority creditor's name and mailing address**
W.T. Gardner Equipment
PO Box 189
Lincoln, ME 04457

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$24,631.89

---

**3.133** | **Nonpriority creditor's name and mailing address**
Walker Emulsions Limited
4365 Corporate Drive
Burlington, Ontario
L7L 5P7 Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,630.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
WD Matthews Machinery Co.
901 Center Street
Auburn, ME 04210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,868.60

---

**3.135** | **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, NA
ERMS OPS
P.O. Box 856570
Minneapolis, MN 55485-6570

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,650.00

---

Debtor    GO Lab Madison, LLC
_____
Name

Case number (if known)    25-10558
_____

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,975.00 |
|---|---|---|---|
| | Woodard & Curran | ☐ Contingent | |
| | 41 Hutchins Drive | ☐ Unliquidated | |
| | Portland, ME 04102 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,904.32 |
|---|---|---|---|
| | Work Health | ☐ Contingent | |
| | 43 Whiting Hill Road | ☐ Unliquidated | |
| | Brewer, ME 04412 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,787.43 |
|---|---|---|---|
| | Wright-Pierce | ☐ Contingent | |
| | 11 Bowdoin Mill Island | ☐ Unliquidated | |
| | Suite 140 | ☐ Disputed | |
| | Topsham, ME 04086 | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,350.34 |
|---|---|---|---|
| | Xerox Financial Services | ☐ Contingent | |
| | P.O. Box 202882 | ☐ Unliquidated | |
| | Dallas, TX 75320-2882 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,450.00 |
|---|---|---|---|
| | Zonda Advisory | ☐ Contingent | |
| | 4000 MacArthur Blvd. | ☐ Unliquidated | |
| | Newport Beach, CA 92660 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 10,963,061.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 10,963,061.54 |